**No. 54395.**—Consumers Import Co., Inc. v. United States, protest 148493–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of mandarin oil similar in all material respects to that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiff was sustained.